

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAMMIE T. HUYNH,<br><br>　　　　　Defendant. | '08 CR 1089 W<br>Criminal Case No. _____<br><br>I N F O R M A T I O N<br><br>Count One: 26 U.S.C. § 7206(1) |

The United States Attorney charges:

<u>Count One</u>

1.  On or about April 24, 2006, within the Southern District of California, defendant TAMMIE T. HUYNH did willfully make and subscribe to a false and fraudulent U.S. Individual Income Tax Return, Form 1040, for the year 2005, which contained and was verified by a written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return the defendant did not believe to be true and correct to every material matter in that said income tax return reported gross receipts of $526,080, whereas, defendant TAMMIE T. HUYNH then well knew and believed, that her correct gross receipts were in excess of the amount reported on the tax return; all in violation of Title 26, United States Code, Section 7206(1).

1  Date: 4/3/2008

2

3  KAREN P. HEWITT
   United States Attorney
4
   GAVIN A. CORN
5  ROBERT S. TULLY
   Special Assistant U.S. Attorneys,
6  Southern District of California U.S. Attorney's Office
   Trial Attorneys, U.S. Department of Justice
7

8
   /s/ Joseph Wheatley
9  _____
   JOSEPH K. WHEATLEY
10 Special Assistant U.S. Attorney,
   Southern District of California U.S. Attorney's Office
11 Trial Attorney, U.S. Department of Justice

12
   //
13
   //
14
   //
15
   //
16
   //
17
   //
18
   //
19
   //
20
   //
21
   //
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

Criminal Case No. _____

2