AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAMMIE T. HUYNH | WAIVER OF INDICTMENT<br><br>'08 CR 1089 W<br><br>CASE NUMBER: _____ |

I, TAMMIE T. HUYNH, the above named defendant, who is accused of being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court, on _4/24/08_, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

APR 24 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
TAMMIE T. HUYNH
Defendant

_____
RONSON J. SHAMOUN
Counsel for Defendant

Before _____
JUDICIAL OFFICER