| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
|   | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1089-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| TAMMIE T. HUYNH, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Gavin Corn**, SAUSA, Gavin.Corn2@usdoj.gov

**Robert Tully**, SAUSA, Robert.Tully@usdoj.gov

1 | Effective this date, the following attorneys are no longer associated with this case and
2 | should not receive any further Notices of Electronic Filings relating to activity in this case (if the
3 | generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u>
6 | None
7 |
8 | Please call me if you have any questions about this notice.
9 | DATED: April 24, 2008.
10 |
11 | Respectfully submitted,
12 | KAREN P. HEWITT
    | United States Attorney
13 |
14 | s/ Joseph K. Wheatley
    | _____
15 | JOSEPH K. WHEATLEY
    | Special Assistant United States Attorney
16 | Trial Attorney, U.S. Department of Justice
    | Attorneys for Plaintiff
17 | United States of America

2