

Judgment in a Criminal Case
Sheet 1

# United States District Court

Southern District of California

UNITED STATES OF AMERICA
Vs
Tammie T. Huynh

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 08CR1089-W

Ronson J. Shamoun
Defendant's Attorney

**REGISTRATION NO.08901298**

THE DEFENDANT:
pleaded guilty to count one of the information.

Accordingly, the defendant is adjudged guilty of such counts, which involve the following offenses :

| **Title & Section** | **Nature of Offense** | **Count Number** |
|---|---|---|
| 26 USC 7206(1) | False Income Tax Return | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Assessment $100.00, forthwith.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence or mailing address until all fines, restitution costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 14, 2008
Date of Imposition of Sentence

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Judgment in a Criminal Case
Sheet 2 - Probation

DEFENDANT: Tammie T. Huynh
CASE NUMBER: 08CR1089-W

Judgment - Page 2 of 4

# PROBATION

The defendant is hereby sentenced to probation for a term of three years.

The defendant shall not commit another federal, state or local crime.

**For offenses committed on or after September 13, 1994:**
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than eight drug tests per month during the term of supervision, unless otherwise ordered by the court.

___ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse
_X_ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
_X_ The defendant shall cooperate in the collection of DNA as directed by the probation officer pursuant to 18 USC 3583(d).
___ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.
___ The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such restitution in accordance with the Schedule of Payments sheet of this judgment.
The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment in a Criminal Case
Sheet 4 - Continued Conditions of Supervision

Judgment - Page 3 of 4

DEFENDANT: Tammie T. Huynh
CASE NUMBER: 08CR1089-W

## SPECIAL CONDITIONS OF SUPERVISION

_X_   The defendant shall provide complete disclosure of personal and business financial records to the probation officer as requested.

_X_   The defendant shall comply with the conditions of the Home Confinement Program for a term of six months and shall remain at her residence except for activities or employment as approved by the court or probation officer. The defendant shall wear an electronic monitoring device and follow the procedures specified by the probation officer. The defendant shall pay the total cost of electronic monitoring services, or a portion, if deemed appropriate by the probation officer.

Judgment in a Criminal Case
Sheet 5 - Fine

DEFENDANT: Tammie T. Huynh
CASE NUMBER: 08CR1089-W

Judgment - Page 4 of 4

# FINE

The defendant shall pay a fine in the amount of $4,000.00, unto the United States of America. This sum shall be paid forthwith or at a rate of not less than $150.00 per month.